MKM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

    - against -                             15-CR-570 (RJD)

SERGIO JADUE,

    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Assistant United States Attorney M. Kristin Mace from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

>Assistant U.S. Attorney M. Kristin Mace
>United States Attorney's Office (Criminal Division)
>271 Cadman Plaza East
>Brooklyn, New York 11201
>Tel: 718-254-6879
>Fax: 718-254-6478
>Email: kristin.mace@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney M. Kristin Mace at the email address set forth above.

Dated:  Brooklyn, New York
    December 4, 2015

                Respectfully submitted,

                ROBERT L. CAPERS
                United States Attorney

           By: /s/ _____
              M. Kristin Mace
              Assistant U.S. Attorney
              718-254-6879

cc:  Clerk of the Court (RJD)