**EL MERCURIO**

Received in the Chambers of
Pamela K. Chen
United States District Judge

May 21, 2018
(PA)

Re: USA v. Jadue, Case #: 1:15 –cr-00570-PKC-1

Honorable Pamela K. Chen
US District Court for the Estearn Discrict of New York
225 Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 21 2018 ★
BROOKLYN OFFICE

Dear Judge Chen,

I'm Antonio Valencia, journalist from "El Mercurio", the most important newspaper of Chile, and I'm writing to repectfully request Your Honor to unseal photographs and any other documents that are being used as evidence against the Defendant Sergio Jadue Jadue, as well as audios of hearing where the Defendant Sergio Jadue was present, and especially audios of telephone conversations between Sergio Jadue and Alejandro Burzaco, Sergio Jadue and Mariano Jinkis and Sergio Jadue and Hugo Jinkis.

Best regards,

Antonio Valencia
DNI: 12.638276-6
e-mail: antonio.valencia@mercurio.cl

Santiago, Chile; May 11 2018

Pamela K. Chen
US District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

EL MERCURIO

Av.Santa María 5542 - Vitacura - Santiago - Chile - Tel.: (56-2) 2330 1111
www.emol.com