# FOX HORAN & CAMERINI LLP

885 THIRD AVENUE
17TH FLOOR
NEW YORK, NEW YORK 10022

ATTORNEYS AND COUNSELLORS
AT LAW

WILLIAM M. BRODSKY
PARTNER

TELEPHONE: (212) 480-4800
TELECOPIERS: (212) 269-2383
(212) 709-0248
EMAIL: WMBRODSKY@FOXLEX.COM

October 29, 2019

**By ECF and Federal Express**

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Sergio Jadue*
15 Cr. 570 (PKC)

Dear Judge Chen:

We represent Mr. Jadue. I write to respectfully request that the sentencing date for my client, currently set for November 18, 2019, be adjourned to a date in May, 2020 convenient to the Court. Kristin Mace, Esq., one of the Assistant United States Attorneys assigned to this case, has advised me that the Government consents to this request.

Very truly yours,

William M. Brodsky

WMB:kg

cc: Kristin Mace, Esq., Assistant United States Attorney (by ECF)