# FOX HORAN & CAMERINI LLP

### 885 THIRD AVENUE
### 17TH FLOOR
### NEW YORK, NEW YORK 10022

ATTORNEYS AND COUNSELLORS
AT LAW

WILLIAM M. BRODSKY
COUNSEL

TELEPHONE: (212) 480-4800
TELECOPIERS: (212) 269-2383
(212) 709-0248
EMAIL: WMBRODSKY@FOXLEX.COM

April 2, 2021

**By ECF**

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　Re:　*United States v. Sergio Jadue*
　　　　　　15 Cr. 570 (PKC)

Dear Judge Chen:

　　　　We represent Mr. Jadue.  I write to respectfully request that the sentencing date for my client, currently set for April 9, 2021, be adjourned to a date in October, 2021 convenient to the Court.  Kristin Mace, Esq., one of the Assistant United States Attorneys assigned to this case, has advised me that the Government consents to this request.

　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　/s/ *William M. Brodsky*
　　　　　　　　　　　　William M. Brodsky

WMB:kg

cc:  Kristin Mace, Esq., Assistant United States Attorney (by ECF)